<u>**UNPUBLISHED**</u>

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

**No. 09-1934**

DONNA H. RIDDICK,

        Plaintiff - Appellant,

    v.

CITY OF ELIZABETH CITY,

        Defendant - Appellee.

Appeal from the United States District Court for the Eastern District of North Carolina, at Clinton.  James C. Fox, Senior District Judge.  (2:08-cv-00025-F)

Submitted:  January 14, 2010      Decided:  January 20, 2010

Before MOTZ, GREGORY, and SHEDD, Circuit Judges.

Affirmed by unpublished per curiam opinion.

Donna H. Riddick, Appellant Pro Se.  John D. Leidy, HORNTHAL, RILEY, ELLIS & MALAND, LLP, Elizabeth City, North Carolina, for Appellee.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Donna H. Riddick appeals the district court's order granting her employer's motion for summary judgment and dismissing her complaint of racial discrimination. We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. Riddick v. City of Elizabeth City, No. 2:08-cv-00025-F (E.D.N.C. July 15, 2009). We also deny Riddick's motion for appointment of counsel. We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

AFFIRMED